UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DONALD BRASHEAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cv-01691-LRH-CWH <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge C.W. Hoffman, Jr. (#15[1]) entered on December 14, 2012, recommending sustaining Defendant's objection to the late filed jury demand (#10), filed on November 6, 2012, and denying Plaintiff's Motion to Strike (#13) filed on November 14, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

(#15) entered on December 14, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#15) entered on December 14, 2012, is adopted and accepted, and Defendant's Objection to Jury Demand (#10) is SUSTAINED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (#13) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE