UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD BRASHEAR, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-01691-LRH-CWH |
| ) | |
| vs. ) | <u>ORDER</u> |
| ) | |
| NATIONAL MUTUAL INSURANCE ) COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Deem Waived all Objections (#17), filed January 17, 2013 and Defendant's Motion for Attorney Fees (#18), filed January 17, 2013.  The aforementioned motions request relief stemming from Defendant's motion to compel (#16), which has been withdrawn.  *See* Order (#22).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Deem Waived all Objections (#17) and Motion for Attorney Fees (#18) are **denied as moot**.

DATED this 6th day of March, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge